USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Darren R. Smith |
| **CASE #:** | 1:26-cv-155-GNS |
| **STYLE OF CASE:** | Exeter Finance LLC v. Burch |
| **DOCUMENT TITLE:** | Complaint (DN 1) |
| **DATE:** | 9/4/2026 |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**Rule 7.1(a)(1) disclosure statement not filed.**

**Prepare the Corporate Disclosure Statement found at:**
**https://www.kywd.uscourts.gov/forms/corporate-disclosure-form**

**Log into the ECF system and select the event, "Corporate and/or Diversity Disclosure Statement (Rule 7.1)", found under the "Other Documents" category.**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY IDENTIFIED ABOVE. FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT.**

If you need electronic filing assistance, please contact the Help Desk at (866) 822-8305