**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| EXETER FINANCE LLC | ) | CASE NO. 1:26-cv-00155-GNS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| v. | ) | **STATEMENT** |
| | ) | |
| JORDAN BURCH | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 7.1(a)(1), Exeter Finance LLC makes the following disclosure:

These parent corporations and publicly held corporations own 10% or more of the filer's shares:

Exeter Finance LLC is a wholly owned subsidiary of Enzo Parent LLC. The Blackstone Group, Inc. is a publicly traded corporation, and, through various affiliates, indirectly controls 10% or more of Enzo Parent LLC.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC

BY *_/s/ Darren R. Smith_*

Darren R. Smith
dsmith@whitlow-law.com
300 Broadway
Post Office Box 995
Paducah, Kentucky 42002-0995
270-443-4516 (Telephone)
270-443-4571 (Facsimile)
*Attorney for Exeter Finance, LLC*